| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jesse Zirillo**<br>**Kiet, Cothran & Zirillo, APC**<br>**1576 N. Batavia St., Suite 1C**<br>**Orange, CA 92867**<br>**(714) 843-0600 Fax: (714) 464-4252**<br>California State Bar Number: **261938**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER: **13**<br>CASE NO. 6:10-bk-11741-MJ |
|---|---|
| | **SECTION 341(a) MEETING OF CREDITORS:**<br>DATE: March 29, 2010<br>TIME: 10:00 AM<br>HEARING ROOM: 100 |
| **Jesus Perez**<br>**Guadalupe Perez** | **CONFIRMATION HEARING:**<br>DATE: March 29, 2010<br>TIME: 1:30 PM<br>CTRM: 301 |
| Debtor(s). | **DEADLINE FOR OBJECTIONS TO PLAN:** Mar. 22, 2010 *<br>(*7 days before the Section 341(a) meeting) |

**AMENDED NOTICE OF SECTION 341(a) MEETING AND**
**HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**
**WITH COPY OF AMENDED CHAPTER 13 PLAN**

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the attached Chapter 13 plan.

2. **Section 341(a) Meeting Location:**
   - ☐ 725 South Figueroa Street, Lobby Level, Los Angeles
   - ☐ 21051 Warner Center Lane, Suite 115, Woodland Hills
   - ☒ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Room 1-154, Santa Ana
   - ☐ 128 East Carrillo Street, Santa Barbara

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☐ 255 East Temple Street, Los Angeles
   - ☐ 21041 Burbank Boulevard, Woodland Hills
   - ☒ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Santa Ana
   - ☐ 1415 State Street, Santa Barbara

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).**

Dated: **March 25, 2010**

/S/ Jesse Zirillo
*Signature of Debtor(s) or Attorney for Debtor(s)*
**Kiet, Cothran & Zirillo, APC**
*Print Law Firm Name (if applicable)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

**F 3015-1.2**
Best Case Bankruptcy

| In re<br>**Jesus Perez**<br>**Guadalupe Perez**<br>Debtor(s). | CHAPTER **13**<br>CASE NO.: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1576 N. Batavia Street, Suite 1C**
**Orange, CA 92867**

A true and correct copy of the foregoing document described as __**Chapter 13 Plan**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

**Rod Danielson, Trustee; notice-efile@rodan13.com**
**US Trustee (RS); ustpregion16.rs.ecf@usdoj.gov**
**Balpreet Thiara, Pite Duncan LLP; ecfcacb@piteduncan.com**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/02/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 02, 2010** | **German Munoz** | **/S/ German Munoz** |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                    **F 3015-1.2**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Case 6:10-bk-11741-MJ    Doc 20    Filed 03/25/10    Entered 03/25/10 17:11:46    Desc
Main Document    Page 3 of 3
Notice of Chapter 13 Confirmation - *Page 2 of 2*

F 3015-1.2

| In re<br>**Jesus Perez**<br>**Guadalupe Perez**<br>Debtor(s). | CHAPTER **13**<br><br>CASE NO.: |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

Balpreet Thiara, Pite Duncan LLP, 4375 Jutland Dr Ste 200, San Diego, CA 92177-0933
Bank Of America, Po Box 1598, Norfolk, VA 23501
Central Mortgage Co, 801 John Barrow Rd Ste 1, Bankruptcy Dept, Little Rock, AR 72205
Chase, Po Box 15298, Wilmington, DE 19850
Emc Mortgage, Attn: Bankruptcy Department, 800 State Highway 121 Bypass, Lewisville, TX 75029
Gemb/Jcp, Po Box 984100, El Paso, TX 79998
Gemb/Mervyns, Po Box 981400, El Paso, TX 79998
Gemb/Sams Club, Po Box 981400, El Paso, TX 79998
Kohls/Chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051
Mcydsnb, 9111 Duke Blvd, Mason, OH 45040
Nco Fin/35, Po Box 41726, Philadelphia, PA 19101
Wells Fargo Bank, Po Box 5445, Portland, OR 97228
Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199
Wfnnb/Victorias Secret, Po Box 182128, Columbus, OH 43218
Wfs/Wachovia Dealer Sv, Po Box 1697, Winterville, NC 28590

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 3015-1.2

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy